FILE COPY

DATE: 5/8/2015

RE: Case No. 15-0347

COA #: 12-13-00175-CV     TC#: 60,671-A

STYLE: GUY SPARKMAN

v. MICROSOFT CORPORATION, SUPPORT SPACE, INC., AS AGENT FOR MICROSOFT CORP., OMAR FRANCO, AS AGENT FOR MICROSOFT CORP., AND ROBERT DOE, AS AGENT FOR MICROSOFT CORP.

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 1 7 2015

TYLER TEXAS
CATHY S. LUSK, CLERK